NUMBER 13-06-378-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN THE INTEREST OF CATHERINE ADELITA TORRES, A CHILD


____________________________________________________________


On appeal from the 107th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, Virginia Torres, perfected an appeal from a judgment entered by the
107th District Court of Cameron County, Texas, in cause number 1997-03-1346-A. 
No clerk's record has been filed due to appellant's failure to pay or make arrangements
to pay the clerk's fee for preparing the clerk's record. 

 If the trial court clerk fails to file the clerk's record because the appellant failed
to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

 On November 16, 2006, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days
to explain why the cause should not be dismissed. To date, no response has been
received from appellant. 

 The Court, having examined and fully considered the documents on file,
appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the
clerk's record, this Court's notice, and appellant's failure to respond, is of the opinion
that the appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 28th day of December, 2006.